UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                    Government,             :      09 Cr 765 (RMB)
                                            :
        - against -                         :      **ORDER**
                                            :
HUSSETT,                                    :
                                            :
                    Defendant.              :
------------------------------------------------------------x


The Court is rescheduling the February 11, 2016 conference to February 24, 2016 at 10:30 am.


Dated: New York, New York
       February 8, 2016

                                            *RMB*
                                  _____
                                       RICHARD M. BERMAN
                                            U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/16
```