**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

             Government,     :    09 CR. 765 (RMB)

       - against -     :    **ORDER**

DEVON HUSSETT,     :

             Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday April 25, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 272 401 270#

Dated: April 19, 2023
        New York, NY

                                             _____
                                               **RICHARD M. BERMAN**
                                                        **U.S.D.J.**