UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                09 CR. 765 (RMB)

    - against -                      **ORDER**

DEVON HUSSETT,
                Defendant.
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 4, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 272 401 270#

Dated: April 26, 2023
       New York, NY

                                        **RICHARD M. BERMAN**
                                            **U.S.D.J.**