UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                     Government,     :       09 CR. 765 (RMB)
                                                    :
      - against -                                 :       **ORDER**
                                                    :
DEVON HUSSETT,                                      :
                     Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 29, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 235 988 373#

Dated: August 23, 2023
       New York, NY

                                                     */s/ Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**