**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                        :
                         Government,    :    09 CR. 765 (RMB)
                                                                        :
           - against -                      :    **ORDER**
                                                                        :
DEVON HUSSETT,                                     :
                         Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 11, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 589 460 78#

Dated: September 6, 2023
       New York, NY

                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**