**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                 Government,      :       09 CR. 765 (RMB)
                                                   :
       - against -                               :       **ORDER**
                                                   :
DEVON HUSSETT,                                     :
                 Defendant.       :
-------------------------------------------------------------x

      The supervised release hearing previously scheduled for Monday, September 11, 2023 at 2:00 P.M. is hereby rescheduled to Wednesday, September 20, 2023 at 12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442

      Conference ID: 589 460 78#

Dated: September 11, 2023
       New York, NY

                                            **RICHARD M. BERMAN**
                                                      U.S.D.J.