UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,               :

                   Government,     :    09 CR. 765 (RMB)

      - against -              :    **ORDER**

DEVON HUSSETT,                  :

                   Defendant.     :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, September 20, 2023 at 12:00 P.M. is hereby rescheduled to Thursday, October 12, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 589 460 78#

Dated: September 20, 2023
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**