UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,        :       09 CR. 765 (RMB)
                                           :
            - against -                    :       **ORDER**
                                           :
DEVON HUSSETT,                             :
                        Defendant.         :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, October 12, 2023 at 11:00 A.M. is hereby rescheduled to 10:30 A.M. on the same date.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 589 460 78#

Dated: October 2, 2023
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
U.S.D.J.