**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 09 CR. 765 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| DEVON HUSSETT, | : | |
| Defendant. | : | |

------------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 23, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 589 460 78#

Dated: October 18, 2023
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**