UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                              Government,         :       09 CR. 765 (RMB)
                                   :
         - against -                :       **ORDER**
                                   :
DEVON HUSSETT,                     :
                              Defendant.          :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, December 21, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 459 772 172#

Dated: December 13, 2023
      New York, NY

                                                */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                 **U.S.D.J.**